UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OLD REPUBLIC INSURANCE COMPANY,

    Plaintiff,

Case No. 08-12533

v.

HONORABLE DENISE PAGE HOOD

MICHIGAN CATASTROPHIC CLAIMS
ASSOCIATION,

    Defendant.
_____/

## JUDGMENT

    This action having come before the Court and the Court having issued an order dismissing the case this date,

    Accordingly,

    Judgment is entered in favor of Defendant and against Plaintiff.

                          DAVID J. WEAVER
                          CLERK OF COURT

Approved:                          By: s/LaShawn Saulsberry
                                Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: March 26, 2013

Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 26, 2013, by electronic and/or ordinary mail.

                          S/LaShawn R. Saulsberry
                          Case Manager